**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6252**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WAYNE P. THOMAS, a/k/a Eugene Gregory,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Frederic N. Smalkin, District Judge. (CR-91-212-S, CA-01-206-S)

---

Submitted:  June 29, 2001          Decided:  July 16, 2001

---

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Wayne P. Thomas, Appellant Pro Se.  Jamie M. Bennett, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne P. Thomas appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] See United States v. Thomas, Nos. CR-91-212-S; CA-01-206-S (D. Md. Jan. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Thomas' informal brief includes a request for permission to file a second or successive § 2255 motion. We decline to act on this request at the present time. We note that the court's staff has forwarded to Thomas the appropriate forms so that he may properly file a motion for such authorization under 28 U.S.C.A. § 2244 (West 1994 & Supp. 2000). The court will act upon Thomas' request for authorization to file a successive § 2255 motion when it is filed.

2